IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>DAVID TOWNER,<br><br>          Defendant. | Case №:2:26-cr-00040-TLN<br><br>**O R D E R**<br>**WITHDRAWING THE FEDERAL**<br>**DEFENDER**<br>**AND APPOINTING CJA COUNSEL** |

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 13, 2026

_____
Troy L. Nunley
Chief United States District Judge

*US v. Towner*                    1         Order Withdrawing the Federal
                                             Defender and Appointing CJA Counsel