MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
DAVID TOWNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DAVID TOWNER,<br>Defendant. | Case No. 2:26-cr-00040-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND VACATE TRIAL DATE; ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant David Towner, that the previously-scheduled trial confirmation hearing date of September 17, 2026, be converted to a status conference on a pending Rule 20 transfer, and continued to **December 3, 2026**, at 9:30 a.m. or such time thereafter as the Court is available. It is further requested that the trial, currently set to begin on October 26, 2026, be vacated.

The parties have reached an agreement for a Rule 20 transfer of this matter to the District of North Dakota, where a related case is currently pending arraignment. The rule 20 transfer is anticipated to take several weeks, or longer, to finalize. As such, the parties request a status conference on the matter set for December 3, 2026. Given that a Rule 20 transfer of the case is now underway, the parties further request that the trial scheduled to begin on October 26, 2026, be vacated.

Based on the foregoing the parties agree that the ends of justice served by resetting the hearing date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through December 3, 2026, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties further agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated: September 14, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
DAVID TOWNER

Dated: September 14, 2026

ERIC GRANT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The status conference and trial confirmation hearing previously set for September 17, 2026, is hereby continued to December 3, 2026, at 9:30 a.m. Time is hereby excluded up to and including December 3, 2026. The trial scheduled to begin on October 26, 2026, is hereby vacated.

Dated: September 14, 2026

Troy L. Nunley
Chief United States District Judge